JAMES HEFFERNAN, an Infant, by CATHERINE HEFFERNAN, His Guardian ad Litem, Respondent, *v.* EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.

(Argued March 21, 1929; decided April 16, 1929.)

*Walter L. Glenney* for appellant.

*Sidney J. Loeb* and *Leon M. Prince* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.